FILED

11/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0537

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| GERARD GIRASOLE,<br><br>      Plaintiff and Appellant,<br><br>   vs.<br><br>PAWS UP RANCH, LLC, d/b/a THE RESORT AT PAWS UP,<br><br>      Defendant and Appellee. | Supreme Court Cause No. <u>DA 24-0537</u><br><br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO CONDUCT MEDIATION |

Plaintiff/Appellant Gerard Girasole filed his Stipulated Motion for Extension of Time to Conduct Mediation up to and including December 18, 2024. Good cause showing, the motion is GRANTED. The Mediation in this matter is due to be completed by December 18, 2024.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2024